UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

Case No.23-md-03084-CRB

**JUDGMENT**

This Document Relates Only To:

*Jane Doe LS 364 v. Uber Technologies, Inc. et al.*, No. 3:23-cv-05237

*Jane Doe LS 234 v. Uber Technologies, Inc. et al.*, No. 3:23-cv-05433

*Jane Doe LS 322 v. Uber Technologies, Inc. et al.*, No. 3:23-cv-05572

*J.R. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-00574

*P.L. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-02847

*Jane Doe (D.H.) v. Uber Technologies, Inc. et al.*, No. 3:24-cv-04322

*Jane Doe (Y.E.) v. Uber Technologies, Inc. et al.*, No. 3:24-cv-04330

*Jane Doe (S.W.) v. Uber Technologies, Inc. et al.*, No. 3:24-cv-04360

*Jane Doe (E.N.) v. Uber Technologies, Inc. et al.*, No. 3:24-cv-04370

*CL 14 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-04680

*L.B. v. Uber Technologies, Inc. et al.*, No.

United States District Court
Northern District of California

3:24-cv-05115

*C.M. (2) v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05182

*WHB 644 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05272

*LS 6 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05316

*LS 232 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05327

*J.J. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05343

*WHB 703 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05361

*LS 206 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05419

*WHB 470 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05440

*WHB 1661 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05468

*LS 136 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05475

*WHB 1414 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05495

*WHB 1468 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05500

*WHB 1930 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05555

*WHB 1659 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05565

*WHB 1381 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05603

*WHB 438 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05631

*WHB 349 v. Uber Technologies, Inc. et al.*,

No. 3:24-cv-05636

*WHB 1611 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05665

*WHB 891 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05666

*WHB 1348 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05669

*Jane Doe (C.M.) v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05718

*Jane Roe CL 36 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05720

*Jane Roe CL 40 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05734

*LS 420 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05739

*Jane Roe CL 43 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05741

*LS 430 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05743

*Jane Roe CL 45 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05746

*T.M. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05764

*LS 214 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05777

*WHB 1484 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05779

*WHB 375 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05781

*K.M. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05796

*CL 48 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05810

*CL 49 v. Uber Technologies, Inc. et al.*, No.

3:24-cv-05811

*Jones, Cody v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05822

*CL 53 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05831

*LS 406 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05836

*CL 58 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05846

*LS 440 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05862

*LS 173 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05885

*LS 368 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05898

*LS 215 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05909

*LS 304 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05914

*LS 504 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05928

*E.P. v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05946

*WHB 884 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05948

*WHB 1273 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05950

*LS 135 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05971

*LS 303 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05980

*LS 125 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-05982

*S. S. v. Uber Technologies, Inc. et al.*, No.

3:24-cv-06076

*CL 70 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-06863

*CL 76 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-07569

*Jane Roe CL 78 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-07584

*CL 82 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-08522

*CL 84 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-08526

*CL 86 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-08756

*LS 548 v. Uber Technologies, Inc. et al.*, No. 3:24-cv-09211

*C.L. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-00007

*WHB 2060 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01092

*WHB 2071 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01130

*WHB 2075 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01148

*WHB 2036 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01180

*WHB 2042 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01206

*WHB 2043 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01207

*WHB 2044 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01209

*WHB 2048 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01216

*WHB 2051 v. Uber Technologies, Inc. et al.*,

No. 3:25-cv-01226

*WHB 2054 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01244

*WHB 2057 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01249

*WHB 2059 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01255

*LS 553 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01493

*LS 554 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01693

*NLG (A.B.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01711

*CL 115 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-01943

*CL 121 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02136

*CL 123 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02139

*C.O. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02551

*Jane Doe NLG (KS) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02616

*K.B. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02650

*LS 582 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02792

*LS 583 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02801

*NLG (JH) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-02949

*CL 138 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-03137

*Jane Doe LS 593 v. Uber Technologies, Inc.*

United States District Court
Northern District of California

| | |
|---|---|
| *et al.*, No. 3:25-cv-03269 | |
| *J.M. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-03364 | |
| *CL 153 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-03818 | |
| *JLG 134 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04041 | |
| *LS 598 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04071 | |
| *CL 169 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04672 | |
| *LS 601 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04699 | |
| *CL 172 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-04708 | |
| *E.M. 3681 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-05571 | |
| *NLG (LL) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-05865 | |
| *Jane Roe CL 6 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-05892 | |
| *NLG (KF) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-06031 | |
| *LS 619 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-06243 | |
| *LS 620 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-06249 | |
| *LS 622 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-06306 | |
| *I.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-06382 | |
| *LS 626 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-06541 | |
| *B.P. v. Uber Technologies, Inc. et al.*, No. | |

United States District Court
Northern District of California

United States District Court
Northern District of California

3:25-cv-06843

*NLG (K.T.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07259

*LS 635 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07376

*LS 636 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07381

*LS 14 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07844

*Jane Doe NLG (R.K.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-07976

*Jane Doe LS 643 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08050

*J.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08073

*A.R. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08075

*LS 646 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08086

*M.J. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08088

*Jane Doe NLG 5 (A.H.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08112

*Jane Doe NLG (A.C.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08187

*Jane Doe NLG (M.U.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08264

*S.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08317

*S.B. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08326

*C.W. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08329

*Jane Roe CL 211 v. Uber Technologies, Inc.*

*et al.*, No. 3:25-cv-08397

*D.M. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08420

*C.C. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08442

*R.B. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08449

*E.M. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08451

*Jane Roe CL 212 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08470

*J.G. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08507

*D.S. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08519

*Jane Doe NLG 2 (T.B.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08633

*Jane Doe NLG 2 (S.G.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08707

*Jane Doe NLG 2 (J.H.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08736

*Jane Doe NLG (V.S.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08757

*Jane Roe CL 218 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08789

*J.J. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08822

*K.L.J. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08825

*JLG 180 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-08985

*Jane Doe NLG (M.S.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09006

*Jane Doe NLG (A.B.) v. Uber Technologies,*

| |
|---|
| *Inc. et al.*, No. 3:25-cv-09180 |
| *Jane Doe NLG (M.O.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09181 |
| *Jane Doe NLG (J.R.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09186 |
| *G.M. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09190 |
| *O.G. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09192 |
| *Jane Doe NLG (R.M.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09197 |
| *Jane Doe NLG (C.B.) v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09213 |
| *TE.T. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09370 |
| *I.M. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09373 |
| *L.M. v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09378 |
| *Jane Doe LS 651 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09396 |
| *Jane Doe LS 652 v. Uber Technologies, Inc. et al.*, No. 3:25-cv-09398 |

On October 13, 2026, the Court granted Uber's Motion to Convert Dismissal Without Prejudice to Dismissal With Prejudice. See MDL Dkt. 7793. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Uber and against the plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 14, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California